District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONNA YOUNG, GERALD YOUNG, husband and wife, and as guardians for minor child J. Y.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C11-6043 BHS<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL<br><br>(proposed)<br><br>**Noted for consideration on: October 7, 2015.** |

## **JOINT STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that this matter is resolved and may be dismissed with prejudice and without costs or fees to either party.

//

//

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL
[Case No. C11-6043 BHS] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | Dated this 7th day of October, 2015.

2 | ANDERSON & MITCHELL, PLLC

ANNETTE L. HAYES
United States Attorney

/s/ Wayne Mitchell
WAYNE MITCHELL, WSBA # 24347
100 S. King St., Suite 560
Seattle, Washington 98104
Phone: 206-436-8490
Email: wayne@andersonmitchell.com

Attorney for Plaintiffs

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov

Attorney for Defendant United States of America

STIPULATION AND ORDER OF DISMISSAL
[Case No. C11-6043 BHS] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The above-referenced case is hereby DISMISSED without prejudice and without an award of costs or fees to either party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this _____ day of _____, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
[Case No. C11-6043 BHS] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1 | Presented by:

2 | ANNETTE L. HAYES
3 | United States Attorney

4 | */s/ Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA No. 28533
5 | Assistant United States Attorney
United States Attorney's Office
6 | 700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
7 | Phone: 206-553-7970
Email: priscilla.chan@usdoj.gov

8 | Attorney for Defendant

9 |

10 | ANDERSON & MITCHELL, PLLC

11 | /s/ Wayne Mitchell
WAYNE MITCHELL, WSBA # 24347
12 | 100 S. King St., Suite 560
Seattle, Washington 98104
13 | Phone: 206-436-8490
Email: wayne@andersonmitchell.com
14 |

15 | Attorney for Plaintiffs

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF DISMISSAL
[Case No. C11-6043 BHS] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970